```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```
_____

| | |
|---|---|
| **JANE DOE,** | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    No. 23-2810-MSN-tmp |
| | ) |
| **SHELBY COUNTY BOARD OF** | ) |
| **EDUCATION,** | ) |
| | ) |
|     Defendant. | ) |

_____

### ORDER TO RE-ISSUE AND EFFECT SERVICE OF PROCESS
_____

On December 28, 2023, plaintiff Jane Doe filed a sealed *pro se* complaint against Shelby County Board of Education. (ECF No. 1.) Doe filed a motion for leave to proceed *in forma pauperis*, which the undersigned granted on February 15, 2024. (ECF No. 7, 8.) On February 15, 2024, the undersigned entered an order for the U.S. Marshal to effect service of process. (ECF No. 9.) However, the summons was returned unexecuted on March 7, 2024, noting that the Shelby County Board of Education refused to accept service because the process did not specifically identify an individual to be served. (ECF No. 11,) Pursuant to Administrative Order No. 2013-05, this case has been referred to the United States magistrate judge for management and for all pretrial matters for determination and/or report and recommendation, as appropriate.

IT IS ORDERED that the Clerk shall re-issue process for the

defendant and deliver said process to the U.S. Marshal for service in accordance with 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(3). The summons must be addressed to Althea Greene, who is the chair of the Shelby County Board of Education. All costs of service shall be advanced by the United States.

IT IS ORDERED that the plaintiff shall serve a copy of every further document filed in this cause on the attorneys for the defendant, or on the defendant if the defendant does not have an attorney. The plaintiff shall make a certificate of service on every document filed. The plaintiff shall become familiar with the Federal Rules of Civil Procedure and this court's Local Rules.[1]

The plaintiff shall promptly notify the Clerk in writing of any change of address. Failure to comply with this requirement, or any other order of the court, may result in the dismissal of this case without further notice. The anonymity of the plaintiff and whether the case should remain under seal will be addressed once the defendant has been served with the complaint.

IT IS SO ORDERED.

s/Tu M. Pham
TU M. PHAM
Chief United States Magistrate Judge

March 11, 2024
Date

---

[1] A free copy of the Local Rules may be obtained from the Clerk. The Local Rules are also available on the court's website at www.tnwd.uscourts.gov/pdf/content/LocalRules.pdf.