```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF TENNESSEE
                   WESTERN DIVISION
```

_____

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | No. 23-cv-02810-MSN-tmp |
| ) | |
| SHELBY COUNTY BOARD OF ) | |
| EDUCATION, ) | |
| ) | |
|     Defendant. ) | |

_____

### ORDER DIRECTING PLAINTIFF TO FILE NOTICE OF IDENTITY
_____

On December 28, 2023, the plaintiff filed a sealed complaint against the Shelby County Board of Education ("Board"). (ECF No. 1.) On April 17, 2024, the Board filed a Motion to Unseal Case. (ECF No. 16.) On May 2, 2024, the undersigned enter an order granting the Board's motion and directing the clerk to unseal the case. (ECF No. 20.) However, the plaintiff's identity remains anonymous. Therefore, it is hereby ORDERED[1] that the plaintiff file a notice disclosing her identity with the court by Friday, May 24, 2024. Going forward, all filings with the court shall include the plaintiff's name in the case caption.

    IT IS SO ORDERED.

---

[1] Pursuant to Administrative Order No. 2013-05, this case has been referred to the United States magistrate judge for management and for all pretrial matters for determination or report and recommendation, as appropriate.

```
                              s/Tu M. Pham
                              TU M. PHAM
                              Chief United States Magistrate Judge

                              May 16, 2024
                              Date
```