IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | |
|---|---|
| **THELMA GRAY,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **vs.** ) | No. 23-cv-02810-MSN-tmp |
| ) | |
| **SHELBY COUNTY BOARD OF** ) | |
| **EDUCATION,** ) | |
| ) | |
|     **Defendant.** ) | |

---

**ORDER ALLOWING LIMITED DISCOVERY ON MOTION TO DISMISS**

---

On April 18, 2024, Shelby County Board of Education ("the Board") filed a Motion to Dismiss, arguing in part that Thelma Gray's complaint was not timely filed.[1] (ECF No. 15.) On May 1, 2024, Gray filed a response to the Board's motion. (ECF No. 18.) A scheduling conference was held on June 6, 2024. During the conference, the Board raised arguments from its Motion to Dismiss. Gray made arguments in opposition to the motion. The undersigned determined that limited discovery regarding whether her complaint was timely filed is necessary.

---

[1] Gray initially filed this complaint anonymously, but during the hearing and in compliance with the court's order directing her to file a notice of identity, she represented to the court that her name is Thelma Gray and that she will no longer proceed anonymously.

Therefore, it is hereby ORDERED[2] that the parties will have thirty (30) days from entry of this order to conduct limited discovery regarding whether Gray's complaint was timely filed. The Board will have thirty (30) days after the completion of limited discovery to supplement its motion with additional briefing and the submission of evidence. Gray will then have fourteen (14) days after the Board's supplemental briefing and submission of evidence to file a response with her own supporting evidence. The undersigned will file a report and recommendation after receiving all of the briefs and evidence.

IT IS SO ORDERED.

s/Tu M. Pham  
TU M. PHAM  
Chief United States Magistrate Judge

June 6, 2024  
Date

---

[2] Pursuant to Administrative Order No. 2013-05, this case has been referred to the United States magistrate judge for management and for all pretrial matters for determination or report and recommendation, as appropriate.